ACCEPTED
12-15-00112-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/26/2015 4:21:35 PM
CATHY LUSK
CLERK

COURT OF APPEALS NO. 12-15-00112-CR
TRIAL COURT CAUSE NO. B-21,601

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/26/2015 4:21:35 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| MELISSA BROWNING HERNANDEZ **APPELLANT** | () | IN THE 12TH COURT |
| VS. | () | OF APPEALS |
| THE STATE OF TEXAS, **APPELLEE** | () | SMITH COUNTY, TEXAS |

## SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, the APPELLEE, State of Texas, by and through her Assistant District Attorney, Daniel Cox, and files this Motion for Extension of Time to File Appellee's Brief and in support of the same would show the following:

I.

1. Appellee's brief is due on or before September 3, 2015

2. Appellee requests an additional 30 days from the current due date of September 3, 2015 to October 3, 2015.

3. Appellee requests an extension of time for the following reasons:

   a. Counsel for the Appellant checked the Reporter's Record out of the District Clerk's file on June 12, 2015. As of today's date, August 26, 2015, counsel for the Appellant has failed to return that copy of the Reporter's Record to the District Clerk.

   b. As such, counsel for the Appellee does not have a copy of the Reporter's Record

with which to complete his brief.

    c.  Counsel for the Appellee spoke with Appellant's counsel on August 26, 2015, and Appellant's counsel is working to return that copy of the Reporter's Record to the Henderson County District Clerk.

4.  This is the second Motion for Extension of Time requested by Appellee.

5.  The undersigned is not seeking this extension for the purposes of delay.

6.  Counsel for Appellant is not opposed to this Motion.

WHEREFORE, Appellee requests that the Court grant this Motion and extend the deadline for filing its brief for 30 days, making the new deadline October 3, 2015.

Respectfully,

Daniel Cox
Assistant District Attorney
109 W. Corsicana, Ste. 103
Athens, Texas 75751
Bar. No. 24074085
Phone: 903-675-6100
Fax: 903-675-6196

# CERTIFICATE OF SERVICE

I, Daniel Cox, do certify that a true and correct copy of the foregoing Motion was delivered to Appellant's Attorney, Linda Altier, by _email_ at _altierlaw@gmail.com_ on this the 26 day of August, 2015.

Signed this the ____ day of _____, 2015.

_____
Daniel Cox

**STATE OF TEXAS**　　　　　*

**COUNTY OF HENDERSON**　　*

## AFFIDAVIT

Before me, the undersigned notary, on this day, personally appeared Daniel Cox, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

"My name is Daniel Cox. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am the attorney for the State of Texas vs. Melissa Browning Hernandez in Court of Appeals Cause No. 12-14-00112-CR. I have read the foregoing Motion to Extend Time to File Appellee's Brief and it is true and correct."

_____
Daniel Cox

Subscribed and sworn to before me this ___26th___ day of ___August___, 2015

BRITTANY CREECH
NOTARY PUBLIC
STATE OF TEXAS
My Comm Expires 05-07-2016

_____
Notary Public-State of Texas